# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2006

127897

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

MAURICE LAMONT NYX,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127897
COA: 248094
Wayne CC: 02-007289-01

On order of the Court, the application for leave to appeal the January 13, 2005 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2006

_____
Clerk

t0328